**Order entered February 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00577-CV

### JOSE G. GARCIA, Appellant

### V.

### FABRICIO & MICHELE SOLORIO, Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-10644**

## ORDER

We **GRANT** appellees' February 12, 2014 unopposed third motion for extension of time to file appellee's brief, which was apparently filed electronically on October 2, 2013, but not docketed in our records. Because appellant filed a reply brief on October 22, 2013, we ORDER appellees' brief filed as of October 2, 2013.

/s/ ELIZABETH LANG-MIERS
JUSTICE